# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TAVERSHIMA SHANDE, <br><br> Plaintiff, <br><br> v. <br><br> ZOOX, INC., <br><br> Defendant. | Case No. 22-cv-05821-BLF <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION RE ANTI-SLAPP MOTION** <br><br> [Re: ECF 30] |

On January 20, 2023, Defendant filed a combined motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and anti-SLAPP motion under California Code of Civil Procedure § 425.16. *See* Def.'s Mot., ECF 32. Also on January 20, 2023, Defendant filed an administrative motion for leave to file the anti-SLAPP motion beyond the 60-day deadline set forth in California Code of Civil Procedure § 425.16(f). *See* Def.'s Admin. Mot., ECF 30. Defendant represents that Plaintiff does not oppose the administrative motion. *See id.*

Defendant's administrative motion is GRANTED. The Court will consider on the merits both the Rule 12(b)(6) and the anti-SLAPP arguments presented in the combined motion filed on January 20, 2023.

**IT IS SO ORDERED.**

Dated: January 23, 2023

_____
BETH LABSON FREEMAN
United States District Judge