KENNETH M. WEINFIELD (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689
EMAIL:  ken@chauvellaw.com

Attorneys for Plaintiff Tavershima Shande

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVERSHIMA SHANDE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZOOX, INC, a Delaware corporation,<br><br>Defendant. | Case No. 3:22-cv-05821-BLF<br><br>**ORDER DENYING DEFENDANT ZOOX, INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBIT 1 TO SPINELLI-MAMO DECLARATION [PROPOSED]**<br><br><br>**DATE:**  May 25, 2023<br>**TIME:**  9:00 a.m.<br>**COURTROOM:** 3, 5th Floor<br>**JUDGE:**  Hon. Beth Labson Freeman |

The administrative motion of defendant Zoox, Inc. ("Zoox") for leave to file Exhibit 1 to the Spinelli-Mamo Declaration under seal in connection with its motion to dismiss and to strike came on regularly for hearing in this matter.  Upon consideration of both sides' arguments, and good cause appearing, Zoox's motion to file Exhibit 1 under seal is hereby DENIED.

Date:  _____, 2023

_____
UNITED STATES DISTRICT JUDGE

ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL