KENNETH M. WEINFIELD (SBN 116560)
**CHAUVEL & GLATT, LLP**
66 BOVET ROAD, SUITE 280
SAN MATEO, CA  94402
TELEPHONE:  650-573-9500
FACSIMILE:  650-573-9689
EMAIL:  ken@chauvellaw.com

Attorneys for Plaintiff Tavershima Shande

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVERSHIMA SHANDE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZOOX, INC, a Delaware corporation,<br><br>Defendant. | Case No. 3:22-cv-05821-BLF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE MOTION BRIEFING SCHEDULE**<br><br>**DATE:**  May 25, 2023<br>**TIME:**   9:00 a.m.<br>**COURTROOM:** 3, 5th Floor<br>**JUDGE:**  Hon. Beth Labson Freeman |

WHEREAS, on January 20, 2023 defendant Zoox, Inc. filed motions to dismiss and to strike with regard to the First Amended Complaint of plaintiff Tavershima Shande, which are noticed for hearing on May 25, 2023;

WHEREAS, paragraph IV(B) of this Court's Standing Order re Civil Cases authorizes the parties to stipulate to, and request Court approval for, a briefing schedule which differs from that set forth in the Local Rules;

NOW THEREFORE, in light of the complexity of the motions to be heard on May 25, 2023, counsel for plaintiff and defendant hereby stipulate to the following modified briefing schedule and request the Court's approval therefor:

Plaintiff's opposition papers shall be filed on or before February 17, 2023

Defendant's reply papers shall be filed on or before March 3, 2023.

IT IS SO STIPULATED.

Dated: January 26, 2023                    CHAUVEL & GLATT, LLP

                                           /s/
                                    By: _____
                                           Kenneth M. Weinfield
                                           Attorneys for Plaintiff Tavershima Shande

Dated:  January 25, 2023                   LEE & HAYES, P.C.

                                           /s/
                                    By: _____
                                           Hala Mourad
                                           Attorneys for Defendant Zoox, Inc.

Pursuant to stipulation of the parties, the briefing schedule for defendant's aforementioned motions shall be modified as follows:  plaintiff's opposition papers shall be due on February 17, 2023 and defendant's reply papers shall be due on March 3, 2023.

IT IS SO ORDERED.

Dated:  January 27, 2023

                                    _____
                                    UNITED STATES DISTRICT JUDGE